Case 10-01136    Doc 14    Filed 08/24/10    Entered 08/25/10 11:09:21    Desc Main
              Document      Page 1 of 2

10-01136:3.0:Proposed Findings of Fact and Conclusions of Law:Main Document Entered: 8/13/2010 12:57:48 PM by:Chad Hayward Page 1 of 2



## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE:<br>    Elizabeth Espada,<br>        Debtors. | Case No.: 10-20366<br>Chapter: 13<br>Plan filed on 05/04/2012<br>Judge Schmetterer |
| Elizabeth Espada,<br>    Plaintiff,<br><br>v.<br><br>HSBC.,<br>        Defendant. | ADV. NO.    10-01136<br><br>Judge Schmetterer |

### PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW

Upon review of the record, including the Plaintiffs' Complaint, Summons, and Motion for Default and Default Judgment along with all attached exhibits and affidavits, the Court makes the following findings of fact and conclusions of law:

1.) Plaintiff is the owner of real estate, her principal place of residence, located at 14637 Turner Ave., Midlothian, IL 60445.

2.) Wells Fargo holds a first mortgage lien on the Subject Real Estate with a secured claim in the amount of $148,439.00.

3.) Defendant, HSBC, holds a second mortgage lien on the Subject Real Estate in the amount of $39,869.00. However, as of May 13, 2010, Defendant has not filed a proof of claim for such second mortgage lien.

4.) Jurisdiction is vested in this proceeding pursuant to 28 U.S.C. §157, 28 U.S.C. § 1334; this proceeding is a core matter.

5.) On May 13, 2010 Plaintiff filed a complaint seeking to obtain judgment against Defendant, to determine the value of security and release of HSBC's underlying lien on Plaintiff's real property.

6.) On May 13, 2010 a summons was issued by the Clerk of the Bankruptcy Court that required Defendant to answer or otherwise plead on or before June 22, 2010.

Case 10-01136    Doc 14    Filed 08/24/10    Entered 08/25/10 11:09:21    Desc Main
Document      Page 2 of 2

10-01136:13.0:Proposed Findings of Fact and Conclusions of Law:Main Document Entered: 8/13/2010 12:57:48 PM by:Chad Hayward Page 2 of 2

7.) The initial summons failed as proper service because it was not served via U.S. certified mail.

8.) On July 08, 2010, the clerk of the Bankruptcy Court for the Northern District of Illinois issued an alias summons commanding the Defendant to plead or otherwise respond by August 10, 2010.

9.) On July 11, 2010, a true copy of the alias summons and complaint was served via United States Certified Mail on Kathryn Madison, President of HSBC Mortgage Services or any officer accepting service on behalf of HSBC at 26525 N. Riverwoods Blvd., Mettawa IL. 60045 United States.

10.) Defendant has failed to plead, defend, or otherwise participate in the pending action.

11.) Plaintiffs obtained a property estimate on the Subject Real Estate from www.zillow.com, indicating a present value of $125,500.00.

12.) The Secured Claim of Wells Fargo's first mortgage lien exceeds the value of the subject real estate, leaving nothing for Defendant's second mortgage lien to attach.

13.) Pursuant to 11 U.S.C. § 506 (a)(1) Defendant's second mortgage lien should be valued at $0.00.

_____
Judge Jack B. Schmetterer

AUG 24 2010

Prepared By:
Chad M. Hayward
Atty. No. 6280182
343 W. Erie, Suite 230
Chicago, IL 60654
312.867.3640